1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KAREN KREUZKAMP (CABN 246151)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7014
7      FAX: (415) 436-7234
       Email: Karen.Kreuzkamp@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-17-0344 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESETTING DATE** |
| v. | |
| RONALD GLENN JONES, | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Honorable Sallie Kim, United States Magistrate Judge, on July 19, 2017 for the appointment and identification of counsel in this case. At that court appearance, Judge Kim ordered the parties to appear before the Honorable Susan Illston, United States Senior District Judge, on August 4, 2017 at 11 a.m. for the defendant's first appearance in district court.

2. On July 20, 2107, the government filed a Notice of Related Case pursuant to Local Criminal Rule 8-1, notifying Judge Illston and the Honorable Edward M. Chen, United States District Judge, that CR 11-00541 and CR 17-0344 are related. On July 21, 2017, Judge Chen ordered the cases

STIPULATION AND [PROPOSED] ORDER RESETTING date
US v. JONES, CR 17-0344 EMC

related, vacated the August 4, 2017 court date, and ordered that all matters presently scheduled be reset for hearing before him.

    3. Therefore, parties respectfully request that the defendant's first appearance in district court be reset for August 2, 2017 at ~~2:20~~ 2:30 p.m.

IT IS SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

Dated: 07/21/2017

KAREN KREUZKAMP
Assistant United States Attorney

Dated: 07/21/2017

ERIK B. LEVIN
Counsel for Defendant

## [P~~RO~~POSED] ORDER

Based on the above-described Stipulation, THE COURT ORDERS that the parties shall appear before the Court on Wednesday, August 2, 2017 at 2:30 p.m. for a the defendant's first appearance in district court..

IT IS SO ORDERED.

DATED: 8/1/17

HON. ED
United State

*IT IS SO ORDERED*
*Judge Edward M. Chen*