1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KAREN KREUZKAMP (CABN 246151)
   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7014
7      FAX: (415) 436-7234
       Email: Karen.Kreuzkamp@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RONALD GLENN JONES, <br> Defendant. | NO. CR 11-541 EMC |
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RONALD GLENN JONES, <br> Defendant. | NO. CR 17-344 EMC <br><br> STIPULATION AND [~~PROP~~OSED] ORDER RESETTING FIRST APPEARANCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties were scheduled to appear before the Court on August 2, 2017 at 2:30 p.m. for a first appearance. On August 2, 2017, prior to 2:30 p.m., Assistant United States Attorney Karen Kreuzkamp, counsel for the Government, and Erik Levin, counsel for defendant Ronald Glenn Jones, learned that Mr. Jones, who is in custody, was not medically cleared for transport by the United States Marshal Service to the Court. The parties therefore request that the first appearance by reset for September 27, 2017 at 2:30 p.m.

2. The parties respectfully submit and agree that the period from August 2, 2017 through and including September 27, 2017 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for continuity of defense counsel and effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow for continuity of counsel for the defendant, as his counsel is scheduled to travel for part of August, and will allow defense counsel time to review the discovery.

IT IS SO STIPULATED.

DATED: August 2, 2017

BRIAN J. STRETCH
United States Attorney

/s/
KAREN KREUZKAMP
Assistant United States Attorney

DATED: August 2, 2017

/s/
ERIK LEVIN
Counsel for Defendant
Ronald Glenn Jones

**[PROPOSED] ORDER**

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance August 2, 2017 through and including September 27, 2017 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny defense

counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on September 27, 2017 at 2:30 p.m. for a status conference.

2. The period from August 2, 2017 through and including September 27, 2017 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 8/2/17



HON.
United

STIP. AND [PROPOSED] ORDER RESETTING FIRST APPEARANCE AND EXLUDING TIME
Case No. CR 11-541 EMC
Case No. CR 17-344 EMC