Erik B. Levin, Esq. (208274 CABN)
LAW OFFICE OF ERIK B. LEVIN
2001 Stuart Street
Berkeley, California 94703
Tel. (510) 978-4778
Fax (510) 978-4422
erik@erikblevin.com

*Attorney for Defendant Ronald Glenn Jones*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD GLENN JONES <br><br> Defendant. | NO. CR 17-00344 EMC <br><br> DEFENDANT'S EX PARTE MOTION TO FILE UNDER SEAL EXHIBITS TO DEFENDANT'S SENTENCING AND DISPOSITION HEARIJNG MEMORANDUM |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD GLENN JONES <br><br> Defendant. | NO. CR 11-00541 EMC |

Defendant Ronald Glenn Jones, through his attorney Erik B. Levin, moves the Court, pursuant to Northern District of California Local Criminal Rule 56-1, to order that he be permitted to file under seal an exhibit to Defendant's Sentencing and Disposition Hearing Memorandum. In support of this request to file these documents under seal, counsel Erik B. Levin makes the following declaration under penalty of perjury:

1. I am an attorney duly admitted to practice before this Court and I represent Ronald Glenn Jones in these proceedings.

2. Defendant intends to file his Sentencing and Disposition Memorandum May 16, 2018.

3. Exhibit one is an expert report which contains sensitive information of a personal nature regarding the psychological examination and testing of the defendant and his family history.

4. This exhibit is the type of document appropriate for filing under seal pursuant to the local rules for the Northern District of California.

WHEREFORE, defendant respectfully requests this Court to grant this motion to file under seal Exhibit 1 to Mr. Jones's Sentencing and Disposition Hearing Memorandum in the above-captioned cases.

Dated: May 16, 2018

Respectfully submitted,

/s/ Erik B. Levin
ERIK B. LEVIN

*Attorney for Defendant Ronald Glenn Jones*

[PR~~OPOSE~~D] ORDER

IT IS HEREBY ORDERED that good cause has been shown for Defendant's Exhibit 1 to his Sentencing and Disposition Hearing Memorandum s in Support of Sentencing and Disposition Hearing Memorandum be filed under seal and the clerk is hereby ordered to allow them to be filed under seal of the Court.

DATED: 5/21/18



HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

**Certificate of Service**

I hereby certify that on October 3, 2017, I filed the foregoing **Defense Sentencing Memorandum** with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system.

I also emailed a copy of the foregoing to United State Probation Officer Aakash Raju.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2017.

                                             *s/Erik B. Levin*
                                             Erik B. Levin, Esq.