1  JEFFREY L. BORNSTEIN – 099358
   BRENDA MUÑOZ – 328813
2  ROSEN BIEN GALVAN & GRUNFELD LLP
   101 Mission Street, Sixth Floor
3  San Francisco, California 94105-1738
   Telephone:  (415) 433-6830
4  Facsimile:  (415) 433-7104
   Email:      jbornstein@rbgg.com
5              bmunoz@rbgg.com

6  Attorneys for Defendant
   RONALD GLENN JONES
7

8                UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | UNITED STATES OF AMERICA,         | Case No. 3:17-cr-00344-EMC
12 |         Plaintiff,                | **STIPULATION AND ORDER TO CONTINUE THE APRIL 25, 2022 STATUS CONFERENCE**
13 |    v.                             |
14 | RONALD GLENN JONES,               | Judge: Hon. Thomas S. Hixson
15 |         Defendant.                | Date:  April 25, 2022
                                        | Time:  12:00 p.m.

1  Defendant RONALD JONES and Plaintiff UNITED STATES OF AMERICA, by
2  and through counsel, hereby stipulate and request that the April 25, 2022 telephonic/Zoom
3  status conference hearing before Magistrate Judge Thomas S. Hixson be continued to
4  June 15, 2022, at 2:30 p.m., or as soon thereafter as is convenient to the Court via Zoom
5  before the Honorable Edward M. Chen.  Counsel for Mr. Jones has conferred with
6  government counsel and has permission to sign and file this Stipulation on Ms. Stier's
7  behalf.

DATED:  April 22, 2022

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jeffrey L. Bornstein
    Jeffrey L. Bornstein
    Brenda Muñoz

Attorneys for Defendant
RONALD GLENN JONES

DATED:  April 22, 2022

UNITED STATES ATTORNEY'S OFFICE

By: /s/ Cynthia Stier
    Cynthia Stier
    Assistant United States Attorney

Attorney for UNITED STATES OF AMERICA

**ORDER**

The parties having stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED that this matter be continued to June 15, 2022 at 2:30 p.m. via Zoom before the Honorable Edward M. Chen.

**IT IS SO ORDERED.**

DATED: April 22, 2022

_____
Honorable Edward M. Chen