STEPHANIE M. HINDS (CABN 154284)
United States Attorney
THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7243
    wendy.garbers@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 17-cr-00344-EMC-1 |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S MOTION TO MODIFY THE RESTITUTION ORDER** |
| v. | ) |
| RONALD GLENN JONES, | ) |
| Defendant. | ) |

## STIPULATION

WHEREAS, AUSA Wendy M. Garbers was recently assigned to this matter, after AUSA Cindy Stier retired from the U.S. Attorney's Office;

WHEREAS, on July 22, 2022, defendant Ronald Glenn Jones filed a Motion to Modify the Restitution Order (ECF 78), and noticed it for hearing on August 3, 2022, at the same time that a status conference is set in this matter;

WHEREAS, the government seeks additional time to respond to the restitution motion and both parties would like to set a briefing schedule;

IT IS HEREBY STIPULATED, by the parties to the action, that:

1. The government have until August 5, 2022, to respond to the restitution motion.

STIPULATION AND [PROPOSED] ORDER      1
17-cr-00344-EMC-1

2. Defendant have until August 12, 2022 to file his optional reply.

3. The hearing on the motion be continued to August 31, 2022, at 2:30 p.m., along with the previously-scheduled status conference.

DATED: July 27, 2022

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers\**
WENDY M. GARBERS
Assistant United States Attorney

Counsel for the United States

DATED: July 27, 2022

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Jeffrey L. Bornstein*
JEFFREY L. BORNSTEIN

Counsel for Defendant JONES

*\*The filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

### [PROPOSED] ORDER

Pursuant to Stipulation, the Court hereby adopts the parties' proposed briefing schedule. The hearing on defendant's Motion to Modify the Restitution Order (ECF 78) shall take place on August 31, 2022, at 2:30 p.m. The Court continues the previously-set status conference (ECF 76), to that date and time as well. IT IS SO ORDERED.

DATED: August 1, 2022

HONORABLE EDWARD M. CHEN
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
17-cr-00344-EMC-1

2